UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR LEE SEVERANCE,<br><br>        Plaintiff,<br><br>        v.<br><br>MS. GRACE PAVLOVIC and MR. NED L. GAYLORD, in individ. & official capacities,<br><br>        Defendants. | No. LA CV 18-10348-VBF-PLA<br><br>**ORDER**<br><br>Overruling Plaintiff's Objections and Adopting the Report & Recommendation:<br><br>Dismissing the FAC With Prejudice;<br>Directing Entry of Separate Final Judgment;<br>Terminating and Closing the Case (JS-6) |

      Pursuant to 28 U.S.C. § 636(b)(1) subsections B and C, the Court has reviewed the First Amended Complaint, *see* CM/ECF Document ("Doc") 5; the United States Magistrate Judge's Report and Recommendation ("R&R") issued pursuant to Fed. R. Civ. P. 72(b)(1) on February 4, 2019 (Doc 8); plaintiff's timely February 20, 2019 Objections to the R&R pursuant to Fed. R. Civ. P. 72(b)(2); and the applicable law. The defendants did not respond to the objections within the time allotted by Fed. R. Civ. P. 72(b)(2), nor did they seek an extension of time to do so. As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in a de novo review of those portions of the R&R to which the plaintiff has objected with sufficient specificity. Finding no defect of law, fact, or logic in the R&R, the Court will accept the Magistrate Judge's findings and conclusions and implement his recommendations.

|   | ORDER |
|---|---|
| 1 | |
| 2 | Plaintiff Severance's objection **[Doc #9] is OVERRULED**. |
| 3 | The Report and Recommendation **[Doc #8] is ADOPTED**. |
| 4 | The First Amended Complaint is **DISMISSED with prejudice** (without leave to amend). |
| 5 | Final judgment shall be entered consistent with this Order. As required by Fed. R. Civ. P. 58(a), judgment will be entered as a separate document. |
| 7 | The case shall be **TERMINATED** and closed (JS-6). |
| 8 | IT IS SO ORDERED. |

Dated: March 4, 2019

*Valerie Baker Fairbank*

The Honorable Valerie Baker Fairbank
Senior United States District Judge