JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VICTOR LEE SEVERANCE, | No. LA CV 18-10348-VBF-PLA |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| MS. GRACE PAVLOVIC and MR. NED L. GAYLORD in individ. & official capacities, | |
| Defendants. | |

Final judgment is hereby entered in favor of both defendants, in both their individual capacities and their official capacities, and against plaintiff Victor Lee Severance.

IT IS SO ADJUDGED.

Dated: March 4, 2019

_____
The Honorable Valerie Baker Fairbank
Senior United States District Judge